The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
OF WASHINGTON
AT SEATTLE

KATHLEEN STINE,

                          Plaintiff,

    v.

UNIVERSITY OF WASHINGTON, a
Political subdivision of the State of
Washington, STEPHEN ZIENIEWICZ,
Executive Director of the University of
Washington Medical Center, GEOFF
AUSTIN, Associate Administrator, UWMC,
and SARA WRIGHT, Director of
Operations of the UWMC Radiation
Oncology Clinical Services,

                          Defendants.

No. 2:13-cv-02024-RSL

STIPULATION AND ORDER OF
REMAND

[KING COUNTY SUPERIOR COURT
CAUSE NO. 13-2-35011-4SEA]

**[CLERK'S ACTION REQUIRED]**

## **STIPULATION**

On November 8, 2013, Defendants filed a Notice of Removal in this action [Dkt. #1] based on Plaintiff's *Amended Complaint for Monetary Damages and Injunctive Relief for Violation of the Law Against Discrimination (RCW Chapt. 49.60), Violation of the First Amendment of the Unites States Constitution, Defamation, Breach of Contract and Negligent Supervision and Negligent Retention*, which included claims against Defendants alleging violations of Plaintiff's rights under the First and Fourteenth Amendments to the

STIPULATION AND ORDER OF REMAND - 1
2:13-cv-02024-RSL
1010-016/70151 (2).docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1   United State Constitution, and therefore raised questions of Federal law. See, Dkt. #2, pp.

2   34-50.

3          On November 26, 2013, Plaintiff filed a Second Amended Complaint, which no

4   longer alleges any Federal claims against Defendants. See, Dkt. #9.  Therefore, the parties

5   stipulate that the matter should be remanded to King County Superior Court for further

6   proceedings under Cause No. 13-2-35011-4SEA.

7   **Presented and Agreed to by:**

8

9   Dated: Nov. 27, 2013          **KEATING,  BUCKLIN  &  McCORMACK,  INC., P.S.**

10

11  By:  */s/ Jayne L. Freeman*
         Jayne L. Freeman, WSBA #24318
         Special Attorney General for Defendants
12       800 Fifth Avenue, Suite 4141
         Seattle, WA  98104-3175
13       Phone:     (206) 623-8861
         Email:      jfreeman@kbmlawyers.com
14

15  Dated: Nov. 27, 2013          **THE ROSEN LAW FIRM**

16

17  By:  */s/ Jon Howard Rosen*
         Jon Howard Rosen, WSBA #7543
18       Attorneys for Plaintiff
         Suite 1200 Hoge Building
19       705 Second Avenue
         Seattle, WA  98104-1798
20       Phone:     (206) 652-1464
         Email:      jhr@jonrosenlaw.com
21

22

23

24

25

26

27

STIPULATION AND ORDER OF REMAND - 2
2:13-cv-02024-RSL
1010-016/70151 (2).docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

## **ORDER**

Based on the foregoing, and finding no questions of Federal law remaining in this action, the court hereby orders the matter of Kathleen Stine v. University of Washington, et. al. remanded to King County Superior Court for further proceedings under state law.

DATED this 2nd day of December, 2013.

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF REMAND - 3
2:13-cv-02024-RSL
1010-016/70151 (2).docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423